# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144064 & (24)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DWIGHT THERONE BULEY,
       Defendant-Appellant.

SC:  144064
COA:  301790
Oakland CC:  2006-206911-FC

_____/

On order of the Court, the application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the allegations of prosecutorial misconduct set forth in Issue V of the defendant's Court of Appeals brief, within 28 days after the date of this order.

The application for leave to appeal and motion to remand remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2012

_____

s1106

_____
Clerk